ACCEPTED
01-15-00215-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/15/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00215-CR

JOSEPH BAILEY        IN THE 1ST COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/14/2015 3:19:49 PM
CHRISTOPHER A. PRINE
Clerk

VS.        HARRIS COUNTY TEXAS

THE STATE OF TEXAS        HOUSTON, TEXAS

MOTION FOR LEAVE TO FILE FIRST MOTION FOR EXTENSION OF TIME TO

FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW LANA GORDON, Appointed counsel for Appellant, JOSEPH BAILEY, who files this Motion and as grounds therefore would show as follows:

I.

Appellant was convicted by a jury of Murder and was assessed a 35 year sentence.

II.

Appellant's brief was due June 12, 2015.

Among other matters, professional and personal, Counsel has had numerous felony briefs and writs recently, including two capital murders, namely, Ex Parte Rodriguez; Ex Parte January; State of Texas vs. Pena; State of Texas vs.Agado; State of Texas vs.Adekeye.

Further, counsel's immediate family member has recently suffered serious health crises lately which counsel primarily assisted with.

IV.

Counsel has filed a Motion for Extension of Time to File Appellant's Brief along with this Motion for Leave to File, as it is two days after the due date.

Wherefore, premises considered, Counsel prays that this Honorable Court grant this motion, grant a 60 day extension and permit the brief to be due on August 12, 2015.

Respectfully Submitted,
*/s/Lana Gordon*
Lana Gordon
Counsel for Appellant
TBN: 08202700
3730 Kirby, Suite 1120
Houston, Texas 77098
TEL: (713) 520-5223
FAX: (713) 520-5455
Email: lanagordonlaw@aol.com

## CERTIFICATE OF SERVICE

On this the 14th day of June, 2015, this Motion was served upon the State of Texas, Harris County District Attorney's office by e-filing.

/s/ *Lana Gordon*
LANA GORDON